**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MARK LEVESQUE, CHRISTIE DECKER, ) <br> MICHAEL PLATT, SYLVIA KRAININ, and ) <br> SALLY TRUSSELL, ) <br> ) <br>       Plaintiffs ) <br>   v. ) <br> ) <br> ) <br> CENTRAL MAINE POWER COMPANY, ) <br> AVANGRID, INC., DOUGLAS HERLING, ) <br> And IBERDROLA, S.A. ) <br> ) <br>       Defendants, ) | **DOCKET NO. 2:18-cv-471** |

## NOTICE OF APPEARANCE

TO:    Clerk of Court

      Jeffrey D. Russell of Lambert Coffin hereby enters his appearance as counsel for the Plaintiffs

in the above-captioned matter.

      Dated at Portland, Maine, this 28th day of August, 2019.

                      Respectfully submitted,

                      */ s/ Jeffrey D. Russell*
                      Jeffrey D. Russell
                      Attorney for Plaintiffs

**LAMBERT COFFIN**
One Canal Plaza, Suite 400
P.O. Box 15215
Portland, ME  04112-15215
(207) 874-4000
jrussell@lambertcoffin.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.


DATED at Portland, Maine this 28th day of August, 2019.

/ s/ Jeffrey D. Russell
Jeffrey D. Russell, Esq.
Attorney for Plaintiffs


**LAMBERT COFFIN**
One Canal Plaza, Suite 400
P.O. Box 15215
Portland, ME  04112-15215
(207) 874-4000
jrussell@lambertcoffin.com