UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK LEVESQUE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:19-cv-00389-JDL |
| ) | |
| IBERDROLA, S.A., et al., ) | |
| ) | |
| Defendants ) | |

**PROCEDURAL ORDER**

The Court held a telephonic conference on April 27, 2020, to discuss the parties' proposed confidentiality order and other issues. After consideration of the issues, for the reasons stated on the record, the Court finds and orders:

1. If Defendant Iberdrola, S.A., has not provided a complete response to Plaintiffs' request for production of documents within 14 days after the date the Court enters a confidentiality order, Defendant shall provide Plaintiffs with a written report as to the status of the document production.

2. If Plaintiffs intend to move for leave to file a sur-reply in opposition to the pending motion to dismiss (ECF No. 50), Plaintiffs shall file the motion on or before May 8, 2020.             .

**<u>NOTICE</u>**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

Dated this 27th day of April, 2020.

/s/ John C. Nivison
U.S. Magistrate Judge