UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARK LEVESQUE, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 2:19-cv-00389-JDL |
| | ) | |
| IBERDROLA, S.A., et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON DISCOVERY ISSUES**

The Court held a telephonic conference on October 13, 2020, to discuss several discovery issues. For the reasons stated on the record, the Court orders that on or before October 16, 2020, Defendant Iberdrola, S.A., shall file a report that states (1) the time necessary to search its records for the additional search term discussed (and its derivatives) using the current custodians, and (2) the time necessary to obtain and any logistical impediments to obtaining the items required to conduct a search with an additional custodian (Fernando Lucero). Upon review of the report, the Court will determine the extent to which Defendant Iberdrola must provide additional jurisdictional discovery.

Subject to any privilege objections and Defendant Central Maine Power Company's ability to designate the documents confidential in accordance with the Confidentiality Order, Defendant Central Maine Power Company shall produce the documents reviewed by Plaintiffs' counsel in the "reading room."

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 14th day of October, 2020.