UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK LEVESQUE, et al., | ) |
| Plaintiffs | ) ) ) |
| v. | ) )  2:19-cv-00389-JDL |
| IBERDROLA, S.A., et al., | ) ) ) |
| Defendants | ) |

## PROCEDURAL ORDER

Following a telephonic conference with counsel on February 17, 2021, for the reasons stated on the record, the Court authorizes Plaintiffs to file a motion for sanctions, provided Plaintiffs file the motion, which shall not exceed ten pages, on or before February 26, 2021. Defendant Iberdrola, S.A., may file a response to the motion, which response shall not exceed ten pages, on or before March 12, 2021.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 18th day of February, 2021.