# Law Offices of
# Sumner Lipman LLC

Sumner H. Lipman, Esq.

Main 207-819-8007
Direct 207-806-5006
Cell 207-485-2390
SumnerLipman@gmail.com

September 29, 2022

Maureen Snow, Judicial Assistant
United States District Court
202 Harlow Street
Bangor, ME  04401

RE:   *Levesque, et al. v. Central Maine Company, et al.*
      Case #2:19-cv-00389-JDL

Dear Ms. Snow:

Judge Nivison had scheduled a progress report on the mediations for, I believe, October 7, 2022. Because of communication problems, I would like to have the conference rescheduled for October 12th.

We have run into some anticipated and more unanticipated difficulties in communicating with various people involved in the case. I think we've made some, but not very much, progress in our negotiations to date.

The complication which was anticipated was the Jewish holidays which have several people unavailable as they traveled to be out of state with family. The unanticipated complication is mostly mine in that I have a home in Bonita Springs, Florida between Naples and Fort Myers. The hurricane has hit and has done a number on the area and we are unable to anticipate when there will be electricity and water. My plans included my flying to Florida on October 6th.

I don't see how anyone will be harmed by the delay. I do not know whether there is opposition to this continuance. I did mention to Gavin that I may need it.

Very truly yours,

*/s/ Sumner H. Lipman*

Sumner H. Lipman (Bar No. 300)

SHL:st

Mailing Address:
PO Box 836
Scarborough, ME  04070

Physical Address:
13 King Street
Scarborough, ME 04074

September 29, 2022

## CERTIFICATE OF SERVICE

     I hereby certify that on September 29, 2022, I electronically filed the foregoing document via email with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                       */s/ Sumner H. Lipman*