UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARK LEVESQUE, CHRISTIE, DECKER,
MICHAEL PLATT, SYLVIA KRAININ and
SALLY TRUSSELL,

      Plaintiffs

v.                                                                DOCKET NO. 2:19-CV-389-JDL

CENTRAL MAINE POWER COMPANY
and IBERDROLA, S.A.,

      Defendants

**AMENDED CONSENTED-TO MOTION FOR EXTENSION**

NOW COMES Sumner H. Lipman, attorney for Plaintiffs, and moves to extend the

deadline for the parties to file a new scheduling order to October 21, 2022.

The enclosed motion is not objected to by defense counsel.  The reason for the

continuance is due to the impact of Hurricane Ian and files that were sent to Florida.


Dated:  October 13, 2022                */s/ Sumner H. Lipman*
                                    Sumner H. Lipman, Bar No. 300
                                    Law Offices of Sumner Lipman, LLC
                                    PO Box 836
                                    Scarborough ME 04070
                                    207-806-5006
                                    SumnerLipman@gmail.com

                                    James E. Belleau, Bar No. 8314
                                    Alex S. Parker, Bar No. 6167
                                    Trafton, Matzen, Belleau & Frenette
                                    10 Minot Avenue
                                    PO Box 470
                                    Auburn ME  04212-0470
                                    207-784-4531
                                    jbelleau@tmbf-law.com
                                    aparker@tmbf-law.com

Philip M. Coffin III, Bar No. 2462
Jeffrey D. Russell, Bar No. 4506
Cyrus E. Cheslak, Bar No. 6171
Verrill Dana, LLP
One Portland Square
Portland ME  04101
207-774-4000
pcoffin@verrill-law.com
jrussell@verrill-law.com
ccheslak@verrill-law.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I electronically filed the foregoing document via email with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Sumner H. Lipman, Bar No. 300

2