UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MARK LEVESQUE, CHRISTIE DECKER, MICHAEL PLATT, SYLVIA KRAININ, and SALLY TRUSSELL,<br><br>      Plaintiffs,<br><br>  v.<br><br>IBERDROLA, S.A. and CENTRAL MAINE POWER COMPANY,<br><br>      Defendants. | Case No. 2:19-cv-00389-JDL |

### STIPULATION OF MOTION DISMISSAL OF ACTION

  NOW COME the Parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and request that this Court dismiss this action as to all named plaintiffs and all remaining claims asserted, <u>without</u> prejudice and <u>without</u> costs to any party. All of the Plaintiffs have given express consent for the filing of this Motion, and all Defendants consent to this stipulation of dismissal as so described.

  WHEREFORE, the Parties hereby respectfully request that this Court dismiss the above-captioned matter without prejudice and without costs as to all plaintiffs and all remaining claims asserted therein.

  Dated at Portland, Maine, this 21st day of October, 2022.

             Respectfully submitted,

             <u>/s/ Cyrus E. Cheslak</u>

             Philip M. Coffin III, Bar No. 2462
             Jeffrey D. Russell, Bar No. 4506
             Cyrus E. Cheslak, Bar No. 6171

1

VERRILL DANA, LLP
One Portland Square
Portland, Maine 04101
207-774-4000
pcoffin@verrill-law.com
jrussell@verrill-law.com
ccheslak@verrill-law.com

James E. Belleau, Bar No. 8314
Alex S. Parker, Bar No. 6167
Trafton, Matzen, Belleau & Frenette, LLP
10 Minot Avenue
Auburn, Maine 04212-0470
207-784-4531
JBelleau@TMBF-law.com
Aparker@TMBF-law.com

Sumner H. Lipman, Bar No. 300
Law Offices of Sumner Lipman, LLC
PO Box 836
Scarborough, Maine 04070
207-806-5006
SumnerLipman@gmail.com

*Counsel for Plaintiffs*

 /s/ Gavin G. McCarthy
 Gavin G. McCarthy
 Katherine S. Kayatta
 Pierce Atwood LLP
 Merrill's Wharf
 254 Commercial Street
 Portland, ME  04101
 Tel:  207-791-1100
 gmccarthy@pierceatwood.com
 kkayatta@pierceatwood.com
 *Attorneys for Central Maine Power, Avangrid, and Douglas Herling*


 /s/ Timothy H. Norton
 Timothy H. Horton
 Kelly, Remmel, & Zimmerman
 53 Exchange Street
 P.O. Box 597
 Portland, ME  04112-0597

2

Tel: 207-775-1020
tnorton@krz.com

/s/ Allen P. Pegg
Allen P. Pegg (admitted *pro hac vice*)
Hogan Lovells US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Tel: 305-459-6500
Allen.pegg@hoganlovells.com

*Attorneys for Iberdrola, S.A.*

3

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I electronically filed the foregoing document using the CM/ECF system which will send the notification of such filing to counsel of record.

/s/ Cyrus E. Cheslak
Cyrus E. Cheslak, Bar No. 6171
VERRILL DANA, LLP
One Portland Square
Portland, Maine 04101
207-774-4000
ccheslak@verrill-law.com

*Counsel for Plaintiffs*

15128803.1.1
#21032850v1<DOCS> - Draft stipulation of dismissal