UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARK LEVESQUE, et al., )
                      )
        Plaintiffs,   )
v.                    )   Civil no. 2:19-cv-00389-JDL
                      )
IBERDROLA SA, et al., )
                      )
        Defendants.   )

## JUDGMENT OF DISMISSAL

In accordance with the Order on Motions to Dismiss entered by Chief U.S. District Judge Jon D. Levy on August 6, 2021;

Judgment of DISMISSAL is hereby entered as to Defendants Avangrid, Inc. and Douglas Herling.

CHRISTA K. BERRY, CLERK

by: /s/Julie W. Rodrigue
Deputy Clerk

Dated this 4th day of November, 2022.